## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| LEAH HENDERSON, Individually & As Heir of Huey Henderson; KYLE HENDERSON & HANNAH GRAHAM, As Heirs of Huey Henderson and MIKA JACKSON, As Heir of Huey Henderson & Next Friend of E.W., | § § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 2:20-CV-135 |
| v. | § § | |
| ALLSTATE FIRE & CASUALTY INS. CO., | § § | |
| Defendant. | § § | |

### MOTION TO DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

**COMES NOW, LEAH HENDERSON,** Individually & As Heir of Huey Henderson; **KYLE HENDERSON & HANNAH GRAHAM,** As Heirs of Huey Henderson and **MIKA JACKSON,** As Heir of Huey Henderson & Next Friend of **E.W.**, and file this, their Motion of Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., and, in support thereof, would respectfully show unto the Court as follows:

### I.

1. **LEAH HENDERSON, KYLE HENDERSON, HANNAH GRAHAM** and **MIKA JACKSON** filed this action on April 30, 2020.

2. **ALLSTATE FIRE & CASUALTY INSURANCE COMPANY** ("**ALLSTATE**") has not served upon Plaintiffs either an answer or a motion for summary judgment.

1

3. The parties have settled all matters in controversy between them, and Plaintiffs no longer desire to prosecute this action.

4. Plaintiffs have not previously dismissed any federal or state court action based on or including the same claims as those asserted herein.

**WHEREFORE, PREMISES CONSIDERED**, **LEAH HENDERSON,** Individually & As Heir of Huey Henderson; **KYLE HENDERSON & HANNAH GRAHAM,** As Heirs of Huey Henderson and **MIKA JACKSON,** As Heir of Huey Henderson & Next Friend of **E.W.**, pray that the Court dismiss this action without prejudice pursuant to Rule 41(a)(1)(A)(i), FED. R. CIV. P. with all parties bearing their own costs of Court.

Respectfully submitted,

/s/ *James Holmes*

James A. Holmes
Texas Bar No. 00784290

### THE LAW OFFICE OF JAMES HOLMES, P.C.

212 SOUTH MARSHALL
HENDERSON, TEXAS 75654
(903) 657-2800
(903) 657-2855 (fax)
jh@JamesHolmesLaw.com

### ATTORNEY FOR PLAINTIFFS



## <u>CERTIFICATE OF SERVICE</u>

The foregoing instrument has been served on Defendant ***ALLSTATE FIRE & CASUALTY INSURANCE COMPANY*** through its attorney, Mr. David Allen, at STACY CONDER ALLEN, 901 Main Street, Suite 6200, Dallas, Texas 75201 *via* electronic mail to Allen@stacyconder.com, on this, the 4th day of June 2020.

/s/ *James Holmes*